Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANG & OLUFSEN AMERICA, INC. d/b/a BANG & OLUFSEN, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE No.: 3:20-cv-02275-LAB-AGS<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Complaint filed: November 20, 2020<br>Trial date: None |

1
NOTICE OF SETTLEMENT

Plaintiff Julissa Cota ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal of Plaintiff's individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not finalized.

Dated: May 13, 2021                                   Respectfully Submitted,

                                                         /s/ Thiago M. Coelho
                                                         Thiago M. Coelho, Esq.
                                                         **WILSHIRE LAW FIRM**
                                                         *Attorney for Plaintiff and*
                                                         *Proposed Class*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137