Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

Laura Worsinger, SBN 518591
LWorsinger@dykema.com
**DYKEMA**
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1744

*Attorneys for Defendant Bang & Olufsen America*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANG & OLUFSEN AMERICA, INC. d/b/a BANG & OLUFSEN, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 3:20-cv-02275-LAB-AGS<br><br>Honorable Judge Larry A. Burns<br>Magistrate Judge Andrew G. Schopler<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br><br>Complaint Filed: December 1, 2020<br>Trial Date: None Set |

1

JOINT MOTION TO DISMISS WITH PREJUDICE, PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), Plaintiff Julissa Cota and Defendant Bang & Olufsen, Inc. d/b/a Bang & Olufsen by and through their respective attorneys, submit this joint motion to request the dismissal of the above-captioned case, in its entirety and with prejudice, each party to bear her or its own attorneys' fees and costs.

Dated: June 25, 2021                                **WILSHIRE LAW FIRM**

*/s/ Thiago Coelho*
Thiago M. Coelho
*Attorneys for Plaintiff and Proposed Class*

Dated: June 25, 2021                                **DYKEMA**

*/s/ Laura Worsinger*
Laura P. Worsinger
*Attorney for Defendant Bang & Olufsen America, Inc. d/b/a Bang & Olufsen*

**Certification Pursuant to ECF Administrative Policies and Procedures**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant Bang & Olufsen, Inc. d/b/a Bang & Olufsen, and that I have obtained authorization to affix all electronic signatures to this document.

Dated:  June 25, 2021                         By: */s/ Thiago Coelho*
                                                                   Thiago M. Coelho